IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALESHEA DAVENPORT, )
)
        Plaintiff, )
)
v. ) Case No. 14-2124-JAR
)
WALMART STORES, INC., )
)
        Defendant. )

## **ORDER**

Plaintiff's amended application for leave to file and continue this action without payment of fees or costs **(ECF doc. 7)** is hereby granted. Plaintiff's original motion for leave to proceed in forma pauperis **(ECF doc. 3)** is denied as moot.

If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **April 25, 2014**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated April 4, 2014, at Kansas City, Kansas.

                                              s/ James P. O'Hara

James P. O'Hara
U. S. Magistrate Judge